## May 26, 1972.

M. P. Nos. 1213, 1523. WILMA JONES *et al. v.* BEVERLY ACIZ *et al.* HOUSING AUTHORITY OF THE CITY OF PROVIDENCE *v.* LILLIAN J. PHILLIPS. Motion for leave to reargue denied. (Original opinion reported in 109 R.I. 612, 289 A.2d 44) (1972). *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Special Asst. Attorney General, intervenor. *Brown, Rosen Gentile & Rodgers, Francis B. Brown,* for Housing Authority of the City of Providence. *Cary J. Coen,* Rhode Island Legal Services, Inc., for Beverly Aciz *et al.,* defendants-petitioners. *John M. Roney, Gary Yesser,* Rhode Island Legal Services, Inc., for Lillian J. Phillips, defendant-petitioner.

M. P. No. 1755. ARAM K. BERBERIAN *v.* HOUSING BOARD OF REVIEW OF CRANSTON. Petition for writ of certiorari is granted. *Aram K. Berberian,* petitioner, pro se. *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for respondent.